IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHARON ELAINE PAIGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | CIVIL NO. 3:09cv426 |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on November 23, 2009. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Defendant's Motion to Dismiss (docket no. 10) is GRANTED.

(3) The Plaintiff's Complaint is DISMISSED without prejudice.

(4) This case is CLOSED.

Let the Clerk of the Court send a copy of this order to the *pro se* Plaintiff and all counsel of record.

It is so ORDERED.

/s/
Richard L. Williams
Senior United States District Judge

Richmond, Virginia
Date: _____